UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte Application of* R.D. Project Development B.V. | Case No. 24-mc-80287-DMR<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. Nos. 1, 5 |

On November 22, 2024, R.D. Project Development B.V. ("RD") filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 granting RD leave to obtain targeted discovery from Squire Patton Boggs (US) LLP ("SPB") for use in foreign litigation. [Docket No. 1.] On December 5, 2024, SPB filed a brief arguing primarily that RD's application should be denied because this court lacks personal jurisdiction over SPB. [Docket No. 5.] RD has not responded to the brief.

The court orders RD to show cause why its application should not be denied for lack of personal jurisdiction over SPB. RD's brief shall address the evidence and arguments regarding personal jurisdiction raised by SPB. The brief is limited to 10 pages and is due January 10, 2025. SPB is granted leave to respond, limited to 5 pages and due January 17, 2025.

**IT IS SO ORDERED.**

Dated: December 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge